UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

———

No. 1:26-cv-01505

———

**Cai,**
*Plaintiff,*

v.

**Chaozhoushi Yitong Dianzi Shangwu Youxiangongsi,
d/b/a Yitong–US,**
*Defendant.*

———

### ORDER

On July 22, 2026, Plaintiff filed a notice of dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), voluntarily dismissing her claims without prejudice. ECF No. 22. Federal Rule of Civil Procedure 41(a)(1)(A)(i) allows plaintiffs to voluntarily dismiss an action without a court order by filing a notice of dismissal before the opposing party serves an answer or motion for summary judgment. Defendants have not served an answer or a motion for summary judgment. Plaintiff's "notice of dismissal is self-effectuating and terminates the case in and of itself; no order or other action of the district court is required." *Bechuck v. Home Depot U.S.A., Inc.*, 814 F.3d 287, 291 (5th Cir. 2016). Nothing remains to resolve, and the case is closed.

Any temporary relief granted by the Court is now vacated. In addition, as the Court stated in its initial order granting partial relief, this case was to remain sealed from the earlier of Plaintiff serving Defendant with any filing in this case *or* 60 days from the date of the order (June 26, 2026). *See* ECF No. 7 at pp. 12, 19. Plaintiff served Defendant on July 16, 2026. ECF No. 21. So, this case is to be unsealed in its entirety.

1

The clerk's office is directed to close this case and unseal all filings under this case number.

*So ordered by the Court on July 27, 2026.*

ANDREW DAVIS
United States District Judge

2